**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2742**

———————

W. A. MACGUIRE, United States of America, ex
rel,

                                        Plaintiff - Appellant,

        versus

W. SCOTT STREET, III,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro.  Frank W. Bullock, Jr.,
Chief District Judge.  (CA-96-927-2)

———————

Submitted:  February 13, 1997        Decided:  February 25, 1997

———————

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

W. A. MacGuire, Appellant Pro Se. Lee Melchor Turlington, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. MacGuire v. Street, No. CA-96-927-2 (M.D.N.C. Nov. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED